FILED - USDC - FLMD - ORL
NOV 12 2026 PM1:57

**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION**

**STATE OF FLORIDA,**

**v.**

**DIANA GOMEZ,**

6:26-CR-282-RBD-NWH

**Defendant/Removing Party.**

State Court Case No**. 2023-CF-001061-A-O**

**NOTICE OF REMOVAL OF CRIMINAL PROSECUTION PURSUANT TO 28 U.S.C. § 1455**

Defendant/Removing Party, Diana Gomez, hereby files this Notice of Removal of Criminal Prosecution and states as follows:

1. Defendant is the accused in Orange County Circuit Court Case No. 2023-CF-001061-A-O.

2. The prosecution concerns a charge of battery currently pending in the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida.

3. Since January 2023, Defendant has repeatedly sought to exercise the right of self-representation and has filed motions and requests seeking to protect constitutional rights.

4. Defendant alleges that numerous motions were not heard and that Defendant's objections and requests for relief were not adequately addressed.

5. Defendant alleges that competency proceedings continued for an extended period of time and that such proceedings interfered with the Defendant's ability to defend herself.

6. Defendant alleges that approximately thirteen court-appointed attorneys were assigned during the pendency of the criminal case.

7. Defendant alleges that the ongoing proceedings have caused substantial financial hardship, loss of employment opportunities, emotional distress, and other damages.

8. Defendant contends that rights guaranteed by the United States Constitution, including rights under the Fifth, Sixth, and Fourteenth Amendments, have been impaired.

9. Defendant seeks review by this Court and requests that the Court determine whether removal of this criminal prosecution is authorized under federal law.

10. Attached hereto are copies of the charging document, relevant state-court orders, competency-related orders, and other records available to Defendant.

WHEREFORE, Defendant respectfully requests that this Court accept this Notice of Removal, review the record, determine whether federal jurisdiction exists, and grant such further relief .

Respectfully submitted,

Diana Gomez 628 Mellowood Avenue Orlando, Florida

Defendant/Removing Party, Pro Se

Successfulmothers@gmail.com